AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

526 Tuckerman Street, NW
Washington, D.C. 20011

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 05-0432M-01

FILED
AUG 0 1 2005

(Further described below)

I __Mark Leeper__ being duly sworn depose and say:

I am a(n) Special Agent Mark Leeper with United States Immigration and Customs Enforcement (ICE) and have reason to believe
(Official Title)

U.S. DISTRICT COURT

that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)
526 Tuckerman Street, NW
Washington, D.C. 20011
**See Attachment A**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

SEE ATTACHMENT AFFIDAVIT FOR A MORE COMPLETE DESCRIPTION.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence of the commission of a criminal offense and designed or intended for use and which
is or has been used as the means of committing a criminal offense.

concerning a violation of Title _18_ United States Code, Section(s) _1546(a) and 1028(a) (4)_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.  ☒ YES ☐ NO

Frederick W. Yette
Transnational/Major Crimes
(202) 353-1666

Signature of Affiant
Mark Leeper, Special Agent
United States Immigration and Customs Enforcement (ICE)

Sworn to before me, and subscribed in my presence
AUG 01 2005

Date

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer