**ATTACHMENT A**
**DESCRIPTION OF PREMISES TO BE SEARCHED**

526 Tuckerman Street NW is a residential two-story row house located in the city of Washington, D.C. This building is a two-story structure built of red brick that has a chain link fence around the perimeter and a small side yard to the east. The front of the structure, facing Tuckerman Street, NW has several steps leading to a porch landing where the front door is located. The front door is green and includes a white storm door and they are located on the right side of the porch immediately at the top of the stairs. Prominently displayed above the front door are the numbers 526 in black and the window above the front door is in the shape of a half circle. The rear of the building faces south towards the alley that runs between Somerset Place and Tuckerman Street, NW, Washington, D.C. Along the side yard is a chain link gate dividing the front and rear areas of the yard. There is a white door in the rear that provides access to the first floor with an iron staircase next to it that provides access to the upper level of the residence.