## ATTACHMENT "B"
## ITEMS TO BE SEIZED

Evidence, instruments, and proceeds of the crimes described in the attached affidavit, namely:

Material and equipment related to the manufacture, preparation, and/or sale of fraudulent documents including but not limited, to computers, rubber stamps, seals, printing equipment, reproduction equipment, photographic equipment, photographic reproduction equipment, laminating machines, letterheads, typewriters, notebooks, day-timers, cellular telephones, pagers, copiers, scanners.  Also any blank and or fraudulent documents including but not limited to, Social Security Cards, Drivers Licenses, State and Country identity documents; and currency.