AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

526 Tuckerman Street, NW
Washington, D.C. 20011

## SEARCH WARRANT

CASE NUMBER: 05-0432M-01

TO: __Mark Leeper__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Mark Leeper__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

526 Tuckerman Street, NW
Washington, D.C. 20011
**See Attachment A**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

[See Affidavit and Attachment B for a more complete description]

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before    0 5 AUG 2005
_____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 01 2005  4:15 PM   at Washington, D.C.

Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/1/05 | 8/2/05  0600 Hours | Raymundo Lopez |

INVENTORY MADE IN THE PRESENCE OF  Brian Joyce, ICE Special Agent

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached inventory list.

**FILED**

AUG 1 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_  ICE Special Agent

Subscribed, sworn to, and returned before me this date.

_[signature]_  8-11-05
U.S Judge or Magistrate   Date

# Inventory Listing of All Items
# Seized at Search Warrant Site

**Site Name:**
526 Tuckerman Street, N.W.
Washington, D.C.

Two-Story brick duplex

**Investigation No.:**

**Starting Date and Time:**
8/2/2005 6:15:00 AM

**Ending Date and Time:**
8/2/2005 9:06:17 AM

**Report Date:**
Tuesday, August 02, 2005

**Page:**
1 of 4

---

| Control #: | 1 | Evidence Box: | 130035 |
|---|---|---|---|
| Location: | Bedroom | Locator Code: | |
| Found: | In plastic bags in envelope between mattresse | | |
| Description: | Seized Per Warrant | 18 Envelopes and one containing an ID card and miscellaneous photos | |

| Control #: | 2 | Evidence Box: | 130036 |
|---|---|---|---|
| Location: | Bedroom Closet 1 | Locator Code: | |
| Found: | top shelf | | |
| Description: | Seized Per Warrant | Misc Documents (folder with Western Union) | |

| Control #: | 3 | Evidence Box: | 130037 |
|---|---|---|---|
| Location: | Bedroom | Locator Code: | |
| Found: | Under bed | | |
| Description: | Seized Per Warrant | Laminator S/N AFM163268 Model PL4A | |

| Control #: | 4 | Evidence Box: | 639016 |
|---|---|---|---|
| Location: | Bedroom | Locator Code: | |
| Found: | On End Table at end of bed | | |
| Description: | Seized Per Warrant | Misc Documents (photos, paper with Social Security numbers, addresses, box cutter) | |

| Control #: | 5 | Evidence Box: | 639037 |
|---|---|---|---|
| Location: | Bedroom | Locator Code: | |
| Found: | In Green backpack | | |
| Description: | Seized Per Warrant | 11 Social Security Cards | |

| Control #: | 6 | Evidence Box: | 639035 |
|---|---|---|---|
| Location: | Bedroom | Locator Code: | |
| Found: | In Green backpack | | |
| Description: | Seized Per Warrant | 8 Resident Alien Cards | |

| Control #: | 7 | Evidence Box: | 639038 |
|---|---|---|---|
| Location: | Bedroom | Locator Code: | |
| Found: | In Green backpack | | |
| Description: | Seized Per Warrant | Misc Documents (4 photos and 7 envelopes) | |

| Control #: | 8 | Evidence Box: | 130038 |
|---|---|---|---|
| Location: | Bedroom | Locator Code: | |
| Found: | on night stand | | |
| Description: | Seized Per Warrant | 2 cellular phones | |

| Control #: | 9 | Evidence Box: | 639039 |
|---|---|---|---|
| Location: | Bedroom Closet 1 | Locator Code: | |
| Found: | Top shelf | | |
| Description: | Seized Per Warrant | Misc Documents (laminate sheets and misc papers) | |

# Inventory Listing of All Items
# Seized at Search Warrant Site

**Site Name:**
526 Tuckerman Street, N.W.
Washington, D.C.

Two-Story brick duplex

**Investigation No.:**

**Starting Date and Time:**
8/2/2005 6:15:00 AM

**Ending Date and Time:**
8/2/2005 9:06:17 AM

**Report Date:**
Tuesday, August 02, 2005

**Page:**
2 of 4

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | 639033 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | Top Shelf | | |
| **Description:** | Seized Per Warrant | Removable Media (8 floppy disks, 2 zip disks, 1 8mm tape) | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 639041 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | Top Shelf | | |
| **Description:** | Seized Per Warrant | 1 cellular phone | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 639034 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | top shelf | | |
| **Description:** | Seized Per Warrant | 2 cameras (1 polaroid) (1 photostar one-time use) | |

| | | | |
|---|---|---|---|
| **Control #:** | 13 | **Evidence Box:** | 130040 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | top shelf | | |
| **Description:** | Seized Per Warrant | Misc documents | |

| | | | |
|---|---|---|---|
| **Control #:** | 14 | **Evidence Box:** | 130042 |
| **Location:** | Bedroom | **Locator Code:** | |
| **Found:** | In Trash can under table | | |
| **Description:** | Seized Per Warrant | Misc Documents (2 plastic bags containing shredded papers and photos) | |

| | | | |
|---|---|---|---|
| **Control #:** | 15 | **Evidence Box:** | 639042 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | Closet Floor in black suitcase | | |
| **Description:** | Seized Per Warrant | Misc Documents (photos, receipts, date book) | |

| | | | |
|---|---|---|---|
| **Control #:** | 16 | **Evidence Box:** | 639043 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | Closet floor in black suitcase | | |
| **Description:** | Seized Per Warrant | 37 Social Security cards, 3 employment authorization cards, 13 resident alien cards | |

| | | | |
|---|---|---|---|
| **Control #:** | 17 | **Evidence Box:** | 639040 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | Floor | | |
| **Description:** | Seized Per Warrant | Misc Documents (Photos and keys) | |

| | | | |
|---|---|---|---|
| **Control #:** | 18 | **Evidence Box:** | 639044 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | | | |
| **Description:** | Seized Per Warrant | Notebook and 2 Social Security Cards and One Resident Alien Card | |

# Inventory Listing of All Items
# Seized at Search Warrant Site

**Site Name:**
526 Tuckerman Street, N.W.
Washington, D.C.

Two-Story brick duplex

**Investigation No.:**

**Starting Date and Time:**
8/2/2005 6:15:00 AM

**Ending Date and Time:**
8/2/2005 9:06:17 AM

**Report Date:**
Tuesday, August 02, 2005
**Page:**
3 of 4

---

| | | | |
|---|---|---|---|
| **Control #:** | 19 | **Evidence Box:** | 639046 |
| **Location:** | Bedroom | **Locator Code:** | |
| **Found:** | On Bed | | |
| **Description:** | Seized Per Warrant | Typewriter print wheel | |

| | | | |
|---|---|---|---|
| **Control #:** | 20 | **Evidence Box:** | 130039 |
| **Location:** | Bedroom Closet 2 | **Locator Code:** | |
| **Found:** | in Green Suitcase | | |
| **Description:** | Seized Per Warrant | Miscellaneous Documents (ribbons, tape, glue, and order book) | |

| | | | |
|---|---|---|---|
| **Control #:** | 21 | **Evidence Box:** | 639047 |
| **Location:** | Bathroom | **Locator Code:** | |
| **Found:** | red shelf inside book | | |
| **Description:** | Seized Per Warrant | Misc Documents (vehicle receipt | |

| | | | |
|---|---|---|---|
| **Control #:** | 22 | **Evidence Box:** | 639050 |
| **Location:** | Bedroom Closet 2 | **Locator Code:** | |
| **Found:** | in closet | | |
| **Description:** | Seized Per Warrant | Misc Documents (1 box for laminates and misc laminated found on blue shelf) | |

| | | | |
|---|---|---|---|
| **Control #:** | 23 | **Evidence Box:** | 639048 |
| **Location:** | Bedroom Closet 2 | **Locator Code:** | |
| **Found:** | Blue Shelf in closet | | |
| **Description:** | Seized Per Warrant | Misc Documents (1 ruler and 2 photo cut outs) | |

| | | | |
|---|---|---|---|
| **Control #:** | 24 | **Evidence Box:** | 130043 |
| **Location:** | Bedroom Closet 2 | **Locator Code:** | |
| **Found:** | Blue Shelf in Bedroom Closet | | |
| **Description:** | Seized Per Warrant | Misc Documents (1 sheet of resident card stickers and 1 sheet of resident card paper) | |

| | | | |
|---|---|---|---|
| **Control #:** | 25 | **Evidence Box:** | 130041 |
| **Location:** | Bedroom Closet 2 | **Locator Code:** | |
| **Found:** | In Suitcase with tape, ribbon and glue | | |
| **Description:** | Seized Per Warrant | Laminator S/N 050159246 | |

| | | | |
|---|---|---|---|
| **Control #:** | 26 | **Evidence Box:** | 639030 |
| **Location:** | Bedroom | **Locator Code:** | |
| **Found:** | On top of Television | | |
| **Description:** | Seized Per Warrant | Misc Documents (photos) | |

| | | | |
|---|---|---|---|
| **Control #:** | 27 | **Evidence Box:** | 130045 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | In Bag | | |
| **Description:** | Seized Per Warrant | Misc Documents (court documents, school documents, small notebook) | |

# Inventory Listing of All Items
# Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** 526 Tuckerman Street, N.W. Washington, D.C. Two-Story brick duplex | **Investigation No.:** <br> **Starting Date and Time:** 8/2/2005 6:15:00 AM <br> **Ending Date and Time:** 8/2/2005 9:06:17 AM | **Report Date:** Tuesday, August 02, 2005 <br> **Page:** 4 of 4 |

---

| | | | |
|---|---|---|---|
| **Control #:** | 28 | **Evidence Box:** | 639049 |
| **Location:** | Bedroom Closet 2 | **Locator Code:** | |
| **Found:** | Blue Shelf | | |
| **Description:** | Seized Per Warrant | 1 Polaroid 1200 Camera | |

| | | | |
|---|---|---|---|
| **Control #:** | 29 | **Evidence Box:** | |
| **Location:** | Bedroom Closet 2 | **Locator Code:** | |
| **Found:** | In Closet | | |
| **Description:** | Seized Per Warrant | Green Suitcase | |

| | | | |
|---|---|---|---|
| **Control #:** | 30 | **Evidence Box:** | |
| **Location:** | Bedroom | **Locator Code:** | |
| **Found:** | Under Bed | | |
| **Description:** | Seized Per Warrant | Brother Typewriter S/N B5E112988 | |

| | | | |
|---|---|---|---|
| **Control #:** | 31 | **Evidence Box:** | |
| **Location:** | Bedroom | **Locator Code:** | |
| **Found:** | Under Bed | | |
| **Description:** | Seized Per Warrant | Brother typewriter S/N M4E060136 | |

| | | | |
|---|---|---|---|
| **Control #:** | 32 | **Evidence Box:** | 639031 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | Top shelf in black suitcase | | |
| **Description:** | Seized Per Warrant | 2 cameras (1 Samsung) (1 Pentax) | |

| | | | |
|---|---|---|---|
| **Control #:** | 33 | **Evidence Box:** | 639052 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | Top Shelf in black pouch | | |
| **Description:** | Seized Per Warrant | 2 pagers | |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | 130044 |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | Top Shelf | | |
| **Description:** | Seized Per Warrant | 13 cellular phones | |

| | | | |
|---|---|---|---|
| **Control #:** | 35 | **Evidence Box:** | 639045 |
| **Location:** | Bedroom | **Locator Code:** | |
| **Found:** | On End Table Next to bed | | |
| **Description:** | Seized Per Warrant | Misc Documents (Bible containing misc papers and receipts) | |

| | | | |
|---|---|---|---|
| **Control #:** | 36 | **Evidence Box:** | |
| **Location:** | Bedroom Closet 1 | **Locator Code:** | |
| **Found:** | Inside Black Suitcase | | |
| **Description:** | Seized Per Warrant | Marijuana Seeds and Stems (estimated at approx 2 grams) [Turned Over to Uniform Division of the U.S. Secret Service at the Scene for Final Disposition] | |